# Exhibit B



IN THE HIGH COURT OF JUSTICE
BUSINESS AND PROPERTY COURTS OF ENGLAND AND WALES
BUSINESS LIST [ChD]

HIS HONOUR JUDGE HACON
24 APRIL 2020

24 Apr 2020

BL-2020-000635

BETWEEN:

|  |  |  |
|---|---|---|
| (1) | FORTESCUE METALS GROUP LTD | |
| (2) | CHICHESTER METALS PTY LTD | |

**Claimants**

and

|  |  |  |
|---|---|---|
| (1) | ARGUS MEDIA LIMITED | |
| (2) | S&P GLOBAL INC. | |

**Defendants**

### ORDER FOR AN INJUNCTION

### PENAL NOTICE

IF YOU THE WITHIN NAMED DEFENDANTS DO NOT COMPLY WITH THIS ORDER YOU MAY BE HELD IN CONTEMPT OF COURT AND ANY OF YOUR DIRECTORS MAY BE IMPRISONED OR FINED OR YOU MAY BE FINED OR YOUR ASSETS MAY BE SEIZED

**IMPORTANT:**

**NOTICE TO THE DEFENDANT**

(1) This Order prohibits you from doing the acts set out in this Order. You should read it all carefully. You are advised to consult a Solicitor as soon as possible. You have a right to ask the Court to vary or discharge this Order.

(2) If you disobey this Order you may be found guilty of Contempt of Court and any of your directors may be sent to prison or fined or your assets may be seized.

**UPON** the Claimants' application by notice dated 17 April 2020 seeking, inter alia, an injunction restraining the publication and direct or indirect procurement or solicitation of details of the Claimants' 'Fortescue DMTU Discount Prices' as that term is defined in the witness statement of Gemma Louise Stabler dated 17 April 2020 (as listed in Schedule 1 to this Order) which information is confidential information and/or a trade secret owned by the Claimants and/or which the

Claimants are beneficially entitled to use (hereinafter "**the Confidential Information**")

**AND UPON A HEARING** held via Skype at 10.30am on 23 April 2020 and hearing leading counsel for the Claimants (with the appearance of the First Defendant excused and with no appearance by or for the Second Defendant)

**AND UPON READING** the witness statements listed in Schedule 1 to this Order and a letter from the Second Defendant's solicitors to the Claimants' solicitors dated 22 April 2020

**AND UPON ACCEPTING** the undertakings of the Claimants in Schedule 2 to this Order

**AND UPON** the Court having considered Section 12 of the Human Rights Act 1998

**AND UPON** The Court directing that a further hearing with all parties should take place before 30 April 2020

IT IS HEREBY ORDERED AND DIRECTED that

THE INJUNCTION

Until 30 April 2020 or further order, the Second Defendant by itself, its servants or agents or otherwise howsoever be restrained from (i) using the Confidential Information or any part thereof or otherwise publishing or exploiting the said Confidential Information or any part thereof and (ii) directly or indirectly procuring or soliciting details of the said Confidential Information or any part thereof from the Claimants' customers.

COSTS OF THE APPLICATION

1. The Claimants' costs of this Application are reserved.

VARIATION OR DISCHARGE OF THIS ORDER

2. The Second Defendant may apply to the Court at any time to vary or discharge this Order, but must first inform the Claimants' solicitors in writing at least 48 hours beforehand.

NAME AND ADDRESS OF CLAIMANTS' SOLICITORS

3. The Claimants' solicitors are: Harcus Parker Limited, Melbourne House, 44-46 Aldwych, Holborn, London WC2B 4LL (azoubir@harcusparker.co.uk).

INTERPRETATION OF THIS ORDER

4. Where there are two or more Defendants then (unless the contrary appears):

    4.1. references to "the Defendants" mean both or all of them;

    4.2. an Order requiring "the Defendants" to do or not to do anything requires each Defendant to do or not to do it.

THE EFFECT OF THIS ORDER

5. A Defendant which is a corporation and which is ordered not to do something must not do it itself or by its directors, officers, employees or agents or in any other way.

PUBLIC DOMAIN

6. For the avoidance of doubt nothing in this Order shall prevent the Second Defendant from republishing, communicating or disclosing that part of the Confidential Information relating to the Claimants' Fortescue DMTU Discount Prices for the months of March and April 2020 as such information is now in the public domain.

AMENDMENTS UNDER CPR 17.4(3)

7. The Claimants are permitted to amend the Claim Form to alter the description of the Second Defendant to S&P Global Inc.

SERVICE OF THIS ORDER

8. This Order shall be served by the Claimants on the Defendants.

9. [The Claimants shall have permission to serve this Order and any other documents in these proceedings by alternative method on the Second Defendant, by email to hugo.plowman@mishcon.com, cheryl.chia@spglobal.com, and pierre.davis@spglobal.com.]

The court has provided a sealed copy of this order to the serving party: Harcus Parker Limited at Melbourne House, 44-46 Aldwych, Holborn, London WC2B 4LL. Ref: AKZ/EBP/1069.1

## SCHEDULE 1

**WITNESS STATEMENTS/AFFIDAVITS**

The First Witness Statement of Gemma Louise Stabler dated 17 April 2020.
The First Witness Statement of Edward Benedict Byerley Parkes dated 22 April 2020.

## SCHEDULE 2

**UNDERTAKINGS GIVEN TO THE COURT BY THE CLAIMANTS**

If the Court later finds that this Order has caused loss to the Defendant or any other Party served with or notified of this Order and decides that the Defendant or other Party should be compensated for that loss, the Claimant will comply with any Order the Court may make.